### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN BIDLACK, CANDY D. BIDLACK, and JESSIE LEE NORTHRUP, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC, CHESAPEAKE ENERGY CORPORATION, and NOMAC DRILLING, LLC, <br><br> Defendants. | CIVIL ACTION NO. 3:11-0129 <br><br> (JUDGE CAPUTO) |

### **MEMORANDUM**

**NOW**, this 11th day of May, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiffs' Motion for Relief from the Court's Order to Stay Pending Arbitration (Doc. 13) is **DENIED**.

(2) Defendants' Motion for an Evidentiary Hearing and for Leave to Conduct Limited Pre-Hearing Discovery (Doc. 16) is **DENIED as moot**.

(3) The action is **STAYED** until arbitration is completed.

                                                    /s/ A. Richard Caputo  
                                                    A. Richard Caputo  
                                                    United States District Judge